# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> **DIAZ RIVERA, RAFAEL** <br><br> DEBTOR(S) | CASE NUMBER: **23-00489-EAG** <br><br> (Chapter 7) <br> NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| 2020 Jeep Wrangler Unlimited 4WD mileage: 27040 VIN NO 1C4HJXDG1LW163256 | $29,129.00 | 36,553.00 | 0.00 | 0.00 |
| 2001 Toyota Camry mileage: 210530 VIN NO 4T1BG22K71U850843 | $2,325.00 | 0.00 | 2,325.00 | 0.00 |
| Cash | $25.00 | 0.00 | 25.00 | 0.00 |
| Banco Popular de PR Account no x3554 Checking account | $110.00 | 0.00 | 110.00 | 0.00 |
| AEELA Deposit and Dividends Account no xxx-xx-0130 | $8,871.28 | 14,146.64 | 0.00 | 0.00 |
| Caguas Coop Account no x Shares/$860.79; Savings/$0.77 | $861.56 | 7,487.00 | 0.00 | 0.00 |
| Cooperativa A/C Oriental Account no x0702 Shares/$112.29; Savings/$53.13 | $165.42 | 14,523.00 | 0.00 | 0.00 |
| 2022 Tax refund pending to be received during year 2023 | $97.00 | 0.00 | 97.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

4. Household goods and furnishing, major appliance, electronics, wearing apparel, jewelry with inconsequential value to the estate are hereby abandoned.

**NOTICE TO ALL PARTIES:** within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

RESPECTFULLY SUBMITTED.

Date: March 29, 2023

s/ Wigberto Lugo Mender
Wigberto Lugo Mender
WIGBERTO LUGO MENDER, TRUSTEE
100 CARR 165 SUITE 501
Guaynabo, PR 00968-8052
Tel. (787) 707-0404
Fax. (787) 707-0412